| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CURTIS LEE SHEPPARD, JR., §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:12-CV-169
§
BRIAN COLLIER, §
§
    Defendant. §

**MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Curtis Lee Sheppard, Jr., proceeding *pro se*, filed this lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that two motions for summary judgment filed by plaintiff be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo review* of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit.

**ORDER**

Accordingly, the objections filed by plaintiff (#328) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge (#326) is **ADOPTED**. The motions for summary judgment (#s 312 and 316) are **DENIED**.

SIGNED at Beaumont, Texas, this 24th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE