| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CURTIS LEE SHEPPARD, JR., §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:12-CV-169
§
BRIAN COLLIER, §
§
    Defendant. §

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Curtis Lee Sheppard, Jr., proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for default judgment filed by plaintiff be denied. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#327) is **ADOPTED**. The motion for default judgment (#314) is **DENIED**.

    SIGNED at Beaumont, Texas, this 24th day of March, 2025.

                                                                                                   MARCIA A. CRONE
                                                                        UNITED STATES DISTRICT JUDGE