| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CURTIS LEE SHEPPARD, JR.                §
                                        §
    Plaintiff,                         §
                                        §
*versus*                                §  CIVIL ACTION NO. 1:12-CV-169
                                        §
BRIAN COLLIER, *et al*.,                §
                                        §
    Defendants.                       §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Curtis Lee Sheppard, Jr., formerly an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this lawsuit pursuant to the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"). The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States recommending that a motion to dismiss be granted.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed what the court construes as objections to the magistrate judge's Report and Recommendation.

    The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion plaintiff's objections are without merit. The magistrate judge correctly concluded that as the only relief available under RLUIPA is prospective injunctive relief, and as plaintiff has received the relief sought, this lawsuit is moot. Moreover, plaintiff's release from prison also renders his claim for injunctive relief moot. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001).

## ORDER

Accordingly, the objections filed by plaintiff (#343) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#342) is **ADOPTED**. The motion to dismiss (#340) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 2nd day of January, 2026.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE